**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: C.P., A MINOR | : | No. 740 MAL 2019 |
| | : | |
| | : | |
| PETITION OF:  LUZERNE COUNTY | : | Petition for Allowance of Appeal |
| CHILDREN AND YOUTH SERVICES | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: T.P., A MINOR | : | No. 741 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: LUZERNE COUNTY | : | Petition for Allowance of Appeal |
| CHILDREN AND YOUTH SERVICES | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.